IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv317-MHT |
| | ) | (WO) |
| $69,870.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the parties' joint motion for voluntary dismissal of claim, it is ORDERED that the motion (doc. no. 20) is granted, and claimant King Baker's claim (doc. no. 8) to the defendant currency is hereby dismissed and claimant King is terminated as a party.

it is further ORDERED that, by May 7, 2018, plaintiff United States of America is to inform the court as to the extent in this litigation.

DONE, this the 30th day of April, 2019.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE