# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:17-cv-317-MHT |
| ) | (WO) |
| $69,870.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| **Defendant.** ) | |

## DECREE OF FORFEITURE

Before the Court is the United States of America's ("United States") Motion for Decree of Forfeiture.

On May 16, 2017, the United States filed a civil forfeiture action alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 2323(a)(1)(C) because the Defendant currency constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 2320 (trafficking in counterfeit goods or services). (Doc. #1).

Process was fully issued in this action and returned according to law:

On May 20, 2017, Attorney Samuel Rael was served via certified mail with copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Arrest and Seizure, and Warrant of Arrest *In Rem* (Doc. #5);

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 19, 2017, and ending on June 17, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Doc. #6);

On June 13, 2017, King Baker was served via certified mail with copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Arrest and Seizure, and Warrant of Arrest *In Rem*. (Doc. #7);

On June 27, 2017, Baker filed his claim to the Defendant currency. (Doc. #8);

On July 17, 2017, Baker filed his Answer to the Verified Complaint. (Doc. #9);

On April 27, 2018, the parties filed a Joint Motion for Voluntary Dismissal of Claim. (Doc. #20);

On April 30, 2018, this Court granted the parties' Joint Motion for Voluntary Dismissal of Claim and dismissed Claimant King Baker's claim to the defendant currency (Doc. #22);

No other claim or answer has been filed on behalf of any other party.

*∗∗∗*

Now, therefore, on motion of the United States for a Decree of Forfeiture (doc. no. 24) and for good cause otherwise shown, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

The motion (doc. no. 24) is granted, and the Defendant currency is hereby forfeited to the United States to be disposed of according to law, and no right, title or interest in the Defendant currency shall exist in any other party: **$69,870.00 in United States currency.**

Each party will bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of May, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE